# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160262

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN KING,
      Defendant-Appellant.

_____/

SC: 160262
COA: 348447
Oakland CC: 1982-052142-FY

      On order of the Court, the application for leave to appeal the July 24, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020

Clerk

b0518